JS-6

KALFAYAN MERJANIAN, LLP
Vanessa C. Cardinale, Esq. (SBN 282643)
VCardinale@rkvmlaw.com
500 Newport Center Drive, Suite 950
Newport Beach, CA 92660
(949) 287-4931 Telephone
(888) 400-6263 Facsimile

Attorneys for Plaintiffs,
OSCAR EVEL REYES-MARTINEZ AND ERWIN CASTRO

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA – EASTERN DIVISION

| | |
|---|---|
| OSCAR EVEL REYES-MARTINEZ, an individua; and ERWIN CASTRO, and individual,<br><br>Plaintiffs,<br><br>v.<br><br>ESTATE OF VICTOR MANUEL GONZALEZ LUGO, Deceased; ANASTASIYA SHUKUROVA, an individual; CBA LOGISTICS, LLC; a corporation; AMAZON LOGISTICS, INC., a corporation; and DOES 1 through 100, inclusive,<br><br>Defendants. | CASE NO. 5:25-cv-00061-KK-DTB<br><br>**ORDER FOR JOINT STIPULKATION FOR DISMISSAL PURSUANT TO RULE 41** |

The foregoing Stipulation of the parties is accepted and approved. This action is hereby dismissed with prejudice, with each party to bear its own attorneys' fees and costs.

IT IS SO ORDERED.

Dated: January 28, 2026

_____
The Honorable Kenly Kia Kato
United State District Court Judge

ORDER FOR JOINT STIPULATION OF DISMISSAL PURSUANT TO RULE 41